| | |
|---|---|
| Jennifer Fraser Parrish (11207)<br>　parrish@mcpc.law<br>Yevgen Kovalov (16297)<br>　kovalov@mcpc.law<br>**MAGLEBY CATAXINOS, PC**<br>141 W. Pierpont Avenue<br>Salt Lake City, Utah 84101-3605<br>Telephone: 801.359.9000<br>Facsimile: 801.359.9011 | John A. Love (admitted *pro hac vice*)<br>　tlove@loveconsumerlaw.com<br>**LOVE CONSUMER LAW**<br>2500 Northwinds Parkway, Suite 330<br>Alpharetta, Georgia 30009<br>Telephone 404.855.3600 |

*Counsel for Plaintiff*

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| TYLER KANIA, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | NOTICE OF SETTLEMENT<br><br>Case No.: 4:25-cv-00120-DN<br><br>Honorable David Nuffer |

　　　Plaintiff, Tyler Kania, by counsel, hereby notifies the Court that the parties have reached a settlement of all claims and will file a stipulation of dismissal with prejudice upon completion of the related settlement documentation.

Dated: December 10, 2025.

　　　　　　　　　　　　　　　　　　　　　　　John A. Love
　　　　　　　　　　　　　　　　　　　　　　　**LOVE CONSUMER LAW**

　　　　　　　　　　　　　　　　　　　　　　　**MAGLEBY CATAXINOS, PC**

　　　　　　　　　　　　　　　　　　　　　　　/s/ Yevgen Kovalov
　　　　　　　　　　　　　　　　　　　　　　　Jennifer Fraser Parrish
　　　　　　　　　　　　　　　　　　　　　　　Yevgen Kovalov

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I certify that on December 10, 2025, I caused a copy of the foregoing to be filed via the Court's electronic filing system which will cause a copy to be served upon Defendant's counsel of record.

Dated: December 10, 2025.         <u>/s/ Yevgen Kovalov</u>